Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.

**No. 58145.**—Acrow, Incorporated *v.* United States, protests 183722–K and 183971–K (Galveston).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiff was sustained.

**No. 58146.**—Acrow, Incorporated *v.* United States, protest 187208–K (Galveston).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim at 15 percent under paragraph 372, as modified, *supra*, was sustained as to entry 2652H, and the claim at 13¾ percent under said paragraph, as modified, *supra*, was sustained as to entry 214H.

**No. 58147.**—Acrow, Incorporated, and Frank P. Dow Co., Inc. *v.* United States, protest 199486–K (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.

**No. 58148.**—Malino Veilings *v.* United States, protest 219838–K (New York).